# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB MCCAIN DAY

NO. 2022 KW 0104

**MARCH 28, 2022**

---

In Re:    Jacob McCain Day, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 19-CR2-139421.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on relator's writ of habeas corpus on January 26, 2022.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT